UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

Kathryn C. Rincon,

    *Plaintiff*,

    v.　　　　　　　　　　　　　　　　　　　　　Civil Action No. 2:24-cv-00075-wks

Curaleaf, Inc.

    *Defendant*

## RULE 502(d) ORDER

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

*So Ordered.*

Dated:  July 24, 2024　　　　　　　　　　　*William K. Sessions III*
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

4888-6049-5826, v. 1